IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. 23-cv-03425-PAB-CYC

Mark S. ELLIS

v.

Amanda RETTING,

Xaviera TURNER,

Kristi STANSELL,

Kyle JONES,

Justin ENSINGER, and

DOES 1-50

---

### MOTION TO REQUIRE PLAINTIFF ELLIS TO APPEAR VIRTUALLY OR BY TELEPHONE

---

The Plaintiff, Mark S. Ellis (hereinafter "Ellis"), acting *pro se*, submits this **Motion to Require Plaintiff Ellis to Appear Virtually or by Telephone**. This Motion is in response to a Minute Order issued by Magistrate Judge Cyrus Y. Chung on March 4, 2025 (ECF 82).

In the Order, Magistrate Judge Chung set a Scheduling Conference for April 30, 2025 at 10:15 a.m. In response to the Order, Ellis requests the Court grant this motion to appear. In support thereof, Ellis advises the Court of the following:

1. On March 10, 2025, Ellis followed the CDOC's established procedure and provided his case manager with a copy of the Order (ECF 82).

1

2. Following a consultation with Officer Salazar (the CTCF WebEx officer), Ellis' case manager returned the Order and advised Ellis that an addition order directing his appearance would be necessary if Ellis was to attend the Scheduling Conference via the telephone or WebEx.

THEREFORE, Ellis requests this Court grant this Motion and issue an order directing Ellis' appearance at the Scheduling Conference on April 30, 2025 at 10:15 a.m.

Respectfully submitted this 13th day of March, 2025.

*/s/ Mark S. Ellis*
Mark S. Ellis
115149
CTCF
P.O. Box 1010
Canon City, CO  81215

2



03/14/2025
$00.00
US POSTAGE
ZIP 81212
041L11241745

Mark S. Ellis
#157149
CTCF
P.O. Box 1010
Canon City, Co
81215

Clerk of the Court
United States Magistrate Judge
United States District Court
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado
80294-3589

OFFICIAL BUSINESS

CTCF 3-13-25
FACILITY DATE REC'D

Travis 21431 ZT
DOC EMPLOYEE LAST NAME

115149 Ellis Mart S
DOC# OFFENDER LAST NAME INT